**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GREGORY YATES, an individual, | Civil Action No. 2:25-cv-00935-ART-DJA |
| Plaintiff, | **ORDER GRANTING** |
| v. | **STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S MOTION TO REMAND** |
| UNITED SERVICES AUTOMOBILE ASSOCIATION; doing business as USAA, an unincorporated entity and/or reciprocal insurance exchange with members residing in the State of Nevada; USAA CASUALTY INSURANCE COMPANY, a corporation; DOES 1 through 10, and ROE CORPORATIONS 1 through 20; inclusive, | **(FIRST REQUEST)** |
| Defendants. | |

Defendant USAA Casualty Insurance Company ("Defendant") and Plaintiff Gregory Yates ("Yates" or "Plaintiff" and together with USAA CIC collectively referred to as the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

1. On June 27, 2025, Plaintiff filed his Motion to Remand (the "Motion"). (ECF No. 11).

2. Defendant's response to Plaintiff's Motion is due by July 11, 2025 (the "Response").

3. Due to scheduling conflicts for the Parties' respective counsel, including existing travel schedules, and as a matter of professional courtesy, the Parties have agreed to extend the deadline for Defendant to file its response to Plaintiff's Motion from July 11, 2025 to July 18,

2025.

4. This is the first request to extend the deadline for Defendant to file its response to Plaintiff's Motion.

5. This Stipulation is entered into in good faith and not for the purposes of delay.

DATED: July 11, 2025                    DATED: July 11, 2025

**SPENCER FANE LLP**                    **The Schnitzer Law Firm**

By:/s/ *Tyler Thomas*                   */s/ Jennifer DelCarmen*
Tyler Thomas, Esq.                      Jordan P. Schnitzer, Esq.
(NV Bar No. 16637)                      (NV Bar No. 10744)
300 S. Fourth Street, Suite 1600        Jennifer DelCarmen, Esq.
Las Vegas, NV 89101                     (NV Bar No. 12727)
*Attorney for*                          710 South 9th Street, Suite 2
*Defendant USAA Casualty Company*       Las Vegas, Nevada 89101
                                        *Attorney for Plaintiff Gregory Yates*

## ORDER

Based on the Parties' stipulation, and good cause appearing, it is ordered that Defendant has until July 18, 2025 to file its response to Plaintiff's Motion to Remand (ECF No. 11).

**DATED:** July 14, 2025

_____
ANNE R. TRAUM
U.S. DISTRICT COURT JUDGE

-2-